UNITED STATES COURTS  SOUTHERN DISTRICT OF TEXAS

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

OCT 15 1998

Michael N. Milby, Clerk

| Division | Action Number |
|---|---|
| HOUSTON | H-98-32-82 |

versus

DENNIS THURL DOWTHITT v. JOHNSON

**This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:**



HELEN J. BEARDSLEY
LAW OFFICE
P.O. BOX 2482
AUSTIN, TX 78768
(512) 326-1110 or 422-0686
State Bar # 00790285
WESTERN DISTRICT

**Seeks to appear as the attorney for this party:**

DENNIS THURL DOWTHITT

Dated: 9/28/98   Signed: [signature]

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on Oct. 14, 1998.

[signature]
United States Judge

3   SDTX-COURTS-25
01/28/98

9