IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 15 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
|     Respondent. | § | |

# ORDER

IT IS HEREBY **ORDERED** as follows:

(1) Petitioner Dennis Thurl Dowthitt's Motion to Proceed In Forma Pauperis [Doc. # 1] is **GRANTED**.

(2) Petitioner's Motion for Leave to File Petition for Writ of Habeas Corpus Within Statutory One-Year Filing Deadline [Doc. # 2] is **DENIED** to the extent that Petitioner requests to file his petition on, and not before, the statutory deadline. Petitioner is directed to file a full and complete Petition for Writ of Habeas Corpus, raising all exhausted claims for relief, by 4:30 p.m. on December 30, 1998. Counsel for Petitioner shall deliver a courtesy copy of the Petition to chambers by 5:00 p.m. on December 30, 1998.

(3) Petitioner's Motion for Appointment of Counsel [Doc. # 3] is **GRANTED** and Helen J. Beardsley is appointed pursuant to 21 U.S.C. § 848(q)(4)(B) to represent Petitioner in this federal habeas proceeding. Counsel's Motion for Admission Pro Hac Vice will be granted by separate order.



(4) Petitioner's Motion to Stay Execution Scheduled for January 12, 1999 [Doc. # 6] is **DENIED** without prejudice to being reurged with the filing of the Petition for Writ of Habeas Corpus.

(5) Counsel shall appear before the Court on January 5, 1999 at 9:30 a.m. for a scheduling conference.

SIGNED this 14th day of October, 1998, at Houston, Texas.

                                      NANCY F. ATLAS
                          UNITED STATES DISTRICT JUDGE