IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 23 1998

Michael N. Milby, Clerk

| | |
|---|---|
| DENNIS THURL DOWTHITT,<br>Petitioner,<br><br>v.<br><br>GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division,<br>Respondent, | HABEAS CORPUS<br>No.   H-98-3282 |

## ORDER

Having considered Mr. Dowthitt's motion for Appointment of Co-Counsel in the above-styled cause, I find there is merit to the aforementioned and I hereby grant this motion. It is therefore, ORDERED, that Mr. Anthony S. Haughton be appointed to assist Ms. Helen J. Beardsley in representing Mr. Dowthitt in this cause.

Signed: October 23, 1998

_____
DISTRICT JUDGE