# HEARING MINUTES AND ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

**DEC 0 9 1998**

Michael N. Milby, Clerk

**Cause Number**: 98-3282

**Style**: Dennis Thurl Dowthitt v. Gary Johnson, et al.

**Appearances**:
**Counsel**:                                              **Representing**:

Helen Beardsley/Anthony Haughton        Plaintiff
Douglas Danzeiser                                    Defendant

**Date**: December 3, 1998           **Ct. Reporter**: G. Dye

**Time**: 3:15 p.m. - 4:00 p.m.

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Court approves the Petitioner's requests for an investigator, forensic expert, a pathologist and a psychologist, who each may incur fees or expenses totalling the sums stated on the record in open Court.

Court reaffirms its prior orders that Petitioner shall file his petition by **December 30, 1998**. Respondent shall respond by **January 5, 1999**. If Respondent is not able to respond by this date, it must notify the Court immediately.

Respondent is ordered to file a copy of the State Court records with the Court by December 30, 1998.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 3rd day of December, 1998.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE


