IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS THURL DOWTHITT, Petitioner, | § |
| vs. | § CIVIL ACTION NO. H-98-3282 |
| GARY L. JOHNSON, Director, Respondent. | § |

## STAY OF EXECUTION

**IT IS HEREBY ORDERED** that execution of Petitioner's sentence of death, imposed upon Petitioner by the 221st Judicial District Court of Montgomery County, Texas, and currently scheduled to be carried out on January 12, 1999, is **STAYED** pending this Court's decision on the Petition for Writ of Habeas Corpus [Doc. # 19].

IT IS FURTHER **ORDERED** that the Clerk of Court shall give immediate telephonic and facsimile notice of this order staying Petitioner's execution to (1) Gary L. Johnson, Director, Texas Department of Criminal Justice - Institutional Division, (2) John Cornyn, Attorney General of the State of Texas, and (3) George W. Bush, Governor of the State of Texas. Additionally, a certified copy of this order shall be served upon these three persons by the United States Marshal.

SIGNED this 4th day of January, 1999, at Houston, Texas.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE