IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 25 1999

Michael N. Milby, Clerk

| | |
|---|---|
| DENNIS THURL DOWTHITT<br>Petitioner, | )(<br>)(<br>)( |
| v. | )( CIVIL ACTION<br>)( No. H-98-3282 |
| GARY JOHNSON, Director, Texas<br>Department of Criminal Justice,<br>Institutional Division,<br>Respondent, | )(<br>)(<br>)(<br>)(<br>)( |

## ORDER

It is hereby ordered that Ms. Helen J. Beardsley and Mr. Anthony S. Haughton may submit interim billing in this case, at the rate of $125.00 per hour. The Clerk's Office hereby ordered to prepare the necessary CJA forms and mail them to these above listed attorneys in order to facilitate interim billing.

Signed this 24th day of February, 1999.

_____
NANCY F. ATLAS, UNITED STATES DISTRICT COURT

Order to be served upon the following parties:

Helen J. Beardsley
Law Office
P.O. Box 2482
Austin, Texas 78768
(512) 326-1110
(512) 447-5520 (fax)

Clerk
United States District Court
Southern District of Texas, Houston Division
515 Rusk
Houston, Texas 77002

Anthony S. Haughton
Tola & Haughton
5615 Richmond Avenue, Suite 207
Houston, Texas 77057
(713) 953-1110
(713) 953-7482 (fax)

Doug Danzeiser
Assistant Attorney General
Office of the Texas Attorney General
Capital Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548

31