IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 0 4 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT,<br>Petitioner<br><br>v.<br><br>GARY JOHNSON, Director<br>Institutional Division,<br>Texas Department of<br>Criminal Justice<br>        Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Cause No. H-98-3282

## ORDER

CAME ON to be heard on this day Petitioner's Unopposed Motion for a 30-day Extension to Comply with Discovery. *The Motion is Granted.*

DATED: April 28, 1999

_____
JUDGE NANCY F. ATLAS

4