IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAY 18 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, Petitioner | )<br>)<br>)<br>) |
| v. | )<br>) Cause No. H-98-3282 |
| GARY JOHNSON, Director Institutional Division, Texas Department of Criminal Justice Respondent | )<br>)<br>)<br>)<br>)<br>) |

## ORDER

After reviewing the Motion to Withdraw as Counsel the Court finds good cause to grant it. IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Anthony S. Haughton is no longer counsel for Mr. Dowthitt in this matter.

Signed this 17th day of May, 1999

_____
Honorable Nancy F. Atlas
District Judge

38