IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § § § | |
| Petitioner, | § § | |
| -VS- | § § § | CIVIL ACTION NO. H-98-3282 |
| | § § § | |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, | § § § § | |
| Respondent. | § § | |

United States Courts
Southern District of Texas
ENTERED
MAY 2 6 1999
Michael N. Milby, Clerk of Court

## ORDER

Having considered the Petitioner's motion for Appointment of replacement co-counsel in the above styled cause, I find that there is merit to the aforementioned and I hereby grant this motion. It is, therefore, ORDERED that Mr. Thomas Saunders, Esq., be appointed to assist Ms. Helen J. Beardsley, Esq., in representing Mr. Dowthitt in this cause, and Mr. Saunders will be compensated for his services at the rate of $125.00 per hour, interim billing permitted.

Signed this 25th day of May, 1999.

_____
Nancy F. Atlas
UNITED STATES DISTRICT JUDGE