IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| -VS- | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY JOHNSON, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Institutional Division, | § | |
| | § | |
| Respondent. | § | |

**United States Courts
Southern District of Texas
ENTERED
MAY 2 6 1999
Michael N. Milby, Clerk of Court**

**ORDER GRANTING MOTION TO ADMIT PETITIONER'S COUNSEL
*PRO HAC VICE***

The Court, having reviewed the Motion of Petitioner's Counsel for Admission *Pro Hac Vice*, and the accompanying Affidavit of Counsel, for good cause showing hereby **GRANTS** that motion and **ORDERS** that Thomas J. Saunders is given permission to appear before this Court on behalf of Petitioner Dennis Thurl Dowthitt in this matter.

SIGNED this 26th day of May, 1999.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing Petitioner's Motion for Admission *Pro Hac Vice* has been served by placing the same by U.S. Mail, 1st Class, postage-prepaid, this 21st day of May, 1999 addressed to:

Doug Danzieser
Office of the Attorney General, State of Texas
Capital Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711

8