IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
|     Respondent. | § | |

# ORDER

This Petition for Writ of Habeas Corpus is before the Court on Dennis Thurl Dowthitt's Motion for Protective Order [Doc. # 42]. For each of the reasons set forth by the United States Court of Appeals for the Ninth Circuit in *McDowell v. Calderon*, 173 F.3d 1186 (9th Cir. 1999), it is hereby

**ORDERED** that Dowthitt's Motion for Protective Order [Doc. # 42] is **DENIED**.

SIGNED this 11th day of June, 1999, at Houston, Texas.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\3282MPO.   990611 1104