IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 14 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, | ) |
| Petitioner, | ) HABEAS CORPUS |
| vs. | ) No. 4:98cv3282 |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division | ) |
| Respondent | ) |

## ORDER

Came on this day to be considered Petitioner Dennis Thurl Dowthitt's Unopposed Notice of Intent to Respond in Opposition and Unopposed Motion for Time to file Response, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

Petitioner's First Motion for Time to Respond in Opposition is GRANTED. It is ORDERED, ADJUDGED, and DECREED that the Petitioner shall have until the 7th day of August, 1999, to respond in opposition.

SIGNED on this the 14th day of July, 1999.

NANCY F. ATLAS
DISTRICT COURT JUDGE

49