IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 26 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY L. JOHNSON, Director, | § | |
| Respondent. | § | |

# ORDER

This Petition for Writ of Habeas Corpus ("Petition") is before the Court on Dennis Thurl Dowthitt's Motion to Strike or, in the Alternative, for More Definite Statement [Doc. # 51] and Motion for Evidentiary Hearing [Doc. # 52]. The Court has reviewed Respondent's Answer and Motion for Summary Judgment and finds that the pleading adequately responds to the Petition and presents Respondent's position in a manner sufficient to permit Petitioner to respond to the Motion for Summary Judgment. Indeed, the Court notes that Petitioner has filed a thorough Response to the Motion for Summary Judgment. Accordingly, it is hereby

**ORDERED** that Petitioner's Motion to Strike or, in the Alternative, for More Definite Statement [Doc. # 51] is **DENIED**.

It is further **ORDERED** that Petitioner may file any supplemental response on or before **September 20, 1999**. Respondent may file a reply on or before **October 4, 1999**.

It is further **ORDERED** that Petitioner's Motion for Evidentiary Hearing [Doc. # 52] is **DENIED WITHOUT PREJUDICE**. After the Court completes its review of the record

in this case, including the full state court record, the Court will schedule an evidentiary hearing if appropriate.

SIGNED this 26th day of August, 1999, at Houston, Texas.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE