IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| DENNIS THURL DOWTHITT, ) | |
| ) | |
| Petitioner, ) | HABEAS CORPUS |
| ) | |
| vs. ) | No. 4:98cv3282 |
| ) | |
| GARY JOHNSON, ) | |
| Director, Texas Department ) | |
| of Criminal Justice, ) | |
| Institutional Division ) | |
| ) | |
| Respondent ) | |

United States Courts
Southern District of Texas
ENTERED

SEP 1 7 1999

Michael N. Milby, Clerk of Court

## ORDER

It is hereby ORDERED that Petitioner may file any supplemental response on or before September 27, 1999. Respondent may file a reply on or before October 11, 1999.

SIGNED this 16th day of September, 1999 at Houston Texas.

Nancy F. Atlas
United States District Judge

54