UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 10 1999

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY JOHNSON, Director, | § | |
|     Respondent. | § | |

## ORDER FOR HEARING

IT IS HEREBY **ORDERED** that counsel in this habeas corpus proceeding shall appear before the Court on Friday, December 17, 1999, at 9:30 a.m. for a limited evidentiary hearing at which time the only witness will be Delton Dowthitt and the only subject of inquiry will be Delton Dowthitt's current sworn testimony regarding his role and Dennis Dowthitt's role in the murders of Grace and Tiffany Purnhagen in June 1990.

It is further **ORDERED** that, on or before November 17, 1999, counsel for Respondent shall provide to the Court by letter the TDCJ identification numbers and current unit assignments for Delton Dowthitt and Dennis Dowthitt.

SIGNED at Houston, Texas, this 9th day of November, 1999.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\3282HRG   991109 1643

#56