IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 23 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY JOHNSON, Director, | § | |
| Respondent. | § | |

## ORDER

IT IS HEREBY **ORDERED** that the attorney listed below is appointed pursuant to 18 U.S.C. § 3006A(a)(1)(G) to represent Delton Dowthitt, a material witness in custody, for purposes of the evidentiary hearing scheduled on January 7, 2000:

> James D. Jones
> 603 N. Thompson
> Conroe, Texas 77301
> 409-441-0902 (phone)
> 409-756-0901 (fax)

The Clerk of Court is directed to send to James D. Jones a copy of this Order, together with a copy of the Order for Hearing [Doc. # 56] and the Order signed November 23, 1999, rescheduling the evidentiary hearing to January 7, 2000.

SIGNED at Houston, Texas, this 23rd day of November, 1999.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\3282ATTY.APP   991123.1014



ClibPDF - www.fastio.com