IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 2 3 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. H-98-3282 |
| § | |
| GARY JOHNSON, Director, § | |
| Respondent. § | |

## ORDER

This Petition for Writ of Habeas Corpus is before the Court on Petitioner's Motion for Clarification, Motion to Expand Scope of Hearing, Motion for Extension of Time, and Motion for Reasonable Funding for Hearing Preparation Assistance [Doc. # 57]. As previously indicated in the Order for Hearing [Doc. # 56], the only witness at the evidentiary hearing will be Delton Dowthitt. He will be subject to questioning and to cross-examination, including cross-examination concerning his alleged prior inconsistent statements and potential bias or prejudice. The relevant issue for purposes of this hearing is whether Delton Dowthitt is willing to testify under oath that he, not Petitioner, killed Gracie Purnhagen. Testimony of other witnesses is not relevant to this inquiry. Consequently, the Court declines to expand the scope of the evidentiary hearing to include extrinsic evidence through other witnesses and denies Petitioner's request for expenses of an investigator.

Based on the request of Petitioner's counsel, which is unoppposed, the Court will reschedule the hearing to January 7, 2000.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Clarification is **GRANTED** to the extent that the Court's prior Order for Hearing is clarified herein; Motion to Expand Scope of Hearing is **DENIED**; Motion for Extension of Time is **GRANTED** and the evidentiary hearing is **RESCHEDULED to 9:30 a.m. on Friday, January 7, 2000**; and Motion for Reasonable Funding for Hearing Preparation Assistance from an Investigator is **DENIED** [Doc. # 57].

SIGNED at Houston, Texas, this 23d day of November, 1999.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE