IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 0 9 1999

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, §<br>　Petitioner, §<br>　　　　§<br>v. §<br>　　　　§<br>GARY L. JOHNSON, Director, §<br>　Respondent. § | CIVIL ACTION NO. H-98-3282 |

## ORDER

The Court has determined that the state court record submitted by Respondent is missing a portion of the Findings of Fact and Conclusions of Law signed on April 17, 1998. It is hereby

**ORDERED** that on or before December 17, 1999, Respondent shall submit a copy of the page(s) containing Findings of Fact 61-74.

SIGNED this _8th_ day of December, 1999, at Houston, Texas.

_Nancy L. Atlas_
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE