IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 0 4 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY JOHNSON, Director, | § | |
| Respondent. | § | |

## ORDER

The Court has received within the last week two letters from Thomas J. Saunders requesting the Court to prepare and enter a "travel order" for the week during which a brief two-hour evidentiary hearing is scheduled. Saunders is co-counsel, assisting Helen Beardsley, who is able lead counsel for Petitioner Dennis Thurl Dowthitt. Saunders represents that he plans to travel to Houston as early as Wednesday evening and to return to Baltimore as late as Saturday morning. Saunders has not submitted any formal motion, proposed order, or any other proof of the need to travel. It is hereby

**ORDERED** that Saunders's request for a "travel order" is **DENIED**. Saunders should follow the standard CJA procedures for reimbursement of time and expenses. The Court notes that it is inconceivable that it would be reasonable and necessary for co-counsel to arrive in Houston earlier than Thursday to assist with preparation and to appear for the Friday morning hearing. Given the anticipated length of the hearing, co-counsel will be able to return to Baltimore on Friday afternoon.

SIGNED at Houston, Texas, this 3d day of January, 2000.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\3282TRAV  000103.1714