IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS THURL DOWTHITT, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-98-3282 |
| | § | |
| GARY JOHNSON, Director, | § | |
|     Respondent. | § | |

### ORDER

    IT IS HEREBY **ORDERED** that Thomas J. Saunders shall appear for the hearing on Friday, January 7, 2000.

    SIGNED at Houston, Texas, this 4th day of January, 2000.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-1998\3282TRAV.2   000104 1036