# HEARING MINUTES AND ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 1 1 2000

Michael N. Milby, Clerk of Court

Cause Number:  98-3282

Style: Dennis Thurl Dowthitt v. Gary Johnson

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Helen Beardsley/Thomas Saunders | Petitioner |
| Douglas Danzeiser | Respondent |
| Jimmy Jones | Witness Delthan Dowhitt |

Date: January 7, 2000            Ct. Reporter:  B. Slavin
Time: 11:15 a.m. -12:20 p.m.

**At the hearing the Court made the following rulings:**

Evidentiary hearing held. Court hears testimony. Petitioner's exhibits 1 thru 11 proffered.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 7th day of  January , 2000.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE