IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 27 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, §<br>  Petitioner, §<br> §<br>vs. §<br> §<br>GARY JOHNSON, Director, §<br>Texas Department of Criminal §<br>Justice - Institutional Division, §<br>  Respondent. § | CIVIL ACTION NO. H-98-3282 |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum and Order issued this day, it is hereby

**ORDERED** that this Petition for Writ of Habeas Corpus is **DENIED** and this case is **DISMISSED WITH PREJUDICE.** Because Dennis Thurl Dowthitt has not made a substantial showing that (1) he has been denied a constitutional right; or (2) that a different court could resolve the issues in the Petition differently; or (3) that the issues in the Petition are such that Petitioner deserves encouragement to proceed further, Petitioner is **DENIED** a certificate of appealability. It is further

**ORDERED** that the stay of execution currently in effect shall remain in effect for a period of thirty (30) days from entry of this Final Judgment unless extended by the United States Court of Appeals for the Fifth Circuit.

This is a **FINAL JUDGMENT**.

69

P:\ORDERS\11-1998\3282HAB.FJ   000125.1537

The Clerk will enter this Final Judgment and provide all parties with a true copy.

SIGNED at Houston, Texas, this 27th day of January, 2000.

_____
NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE