IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 1 2 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DENNIS THURL DOWTHITT, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. H:98-3282 |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, | ) |
| Respondent. | ) |

## ORDER

On motion of petitioner, Dennis Thurl Dowthitt, the Court finds that it is reasonably necessary to provide compensation for fees and expenses for legal services provided by Helen J. Beardsley and Thomas J. Saunders in applying for executive clemency; that the request is made as part of a non-frivolous habeas proceeding; and that state law provides no avenue to obtain compensation for such services.

IT IS THEREFORE ORDERED that Helen J. Beardsley and Thomas J. Saunders may represent Dennis Thurl Dowthitt in his application for executive clemency and that they shall be compensated at a rate of $125 per hour plus reasonable expenses.

Signed this 9th day of Feb., 2001.

Nancy F. Atlas
United States District Court Judge

17